IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jennifer M. Bertram | | CHAPTER 7 |
| | Debtor(s) | |
| BANK OF AMERICA, N.A. | | |
| | Movant | NO. 19-12634 MDC |
| vs. | | |
| Jennifer M. Bertram | | |
| | Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this 7ᵗʰ day of *August*, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Mercedes-Benz GLA250W4 ("Vehicle"), bearing a VIN Number WDCTG4GB2GJ266027.

Magdeline D. Coleman
Chief United States Bankruptcy Judge

Jennifer M. Bertram
704 South Chestnut Street
Bath, PA 18014

David S. Gellert, Esq.
1244 W. Hamilton Street,
 Suite 204 (VIA ECF)
Allentown, PA 18102

Michael H. Kaliner Esq.
350 South Main Street, Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532