United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-12634-mdc
Jennifer M. Bertram                                                                              Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: ChrissyW          Page 1 of 1           Date Rcvd: Aug 07, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db              +Jennifer M. Bertram,    104 S. Chestnut Street,    Bath, PA 18014-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Jennifer M. Bertram dsgatn@rcn.com,
          r46641@notify.bestcase.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          REBECCA ANN SOLARZ   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jennifer M. Bertram | | CHAPTER 7 |
| | Debtor(s) | |
| BANK OF AMERICA, N.A. | | |
| | Movant | NO. 19-12634 MDC |
| vs. | | |
| Jennifer M. Bertram | | |
| | Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this 7th day of _August_ , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Mercedes-Benz GLA250W4 ("Vehicle"), bearing a VIN Number WDCTG4GB2GJ266027.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Jennifer M. Bertram
704 South Chestnut Street
Bath, PA 18014

David S. Gellert, Esq.
1244 W. Hamilton Street,
Suite 204 (VIA ECF)
Allentown, PA 18102

Michael H. Kaliner Esq.
350 South Main Street, Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532