United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer M. Bertram  
       Debtor

Case No. 19-12634-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: ChrissyW      Page 1 of 1      Date Rcvd: Sep 04, 2019  
                          Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db            +Jennifer M. Bertram,    104 S. Chestnut Street,    Bath, PA 18014-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:  
           DAVID S. GELLERT     on behalf of Debtor Jennifer M. Bertram dsgatn@rcn.com, r46641@notify.bestcase.com  
           MICHAEL H KALINER     mhkaliner@gmail.com, pa35@ecfcbis.com  
           MICHAEL H KALINER     on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
           REBECCA ANN SOLARZ     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:    : Chapter 7

Jennifer M. Bertram    : Case No. 19−12634−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , September 4,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

26
Form 195